UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

OCT 2 3 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

Juan Martin Luna Morelos

    Defendant.

Case No. 2:23-mj-918-NJK

**ORDER**

IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement shall provide to counsel in the above-captioned case a complete copy of every document contained in the defendant's Alien ("A") file within <u>seven (7) days</u> of the date of Order, unless the government files a formal objection or other appropriate motion within <u>six (6) days</u> of the date of this Order.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve a copy of this Order on the Officer in Charge, Department of Homeland Security, Immigration and Custom Enforcement, Las Vegas, Nevada.

DATED this 23rd day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1